April 24, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

RDFM, INC., D/B/A EAGLE JEWELRY AND LOAN #2, Appellant

NO. 14-13-00482-CV                          V.

UNITED NATIONAL INSURANCE COMPANY, GRIDIRON INSURANCE
UNDERWRITERS, INC., BRYAN MEYER, PROFESSIONAL TEXAS
INSURANCE AGENCY, INC. AND SHARON COBB, Appellees

_____

Today the Court heard appellees' motions to dismiss the appeal from the judgment signed by the court below on February 25, 2013. Having considered the motions and found them meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, RDFM, Inc., d/b/a Eagle Jewelry and Loan #2.

We further order this decision certified below for observance.